UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ashley Cooper, *individually and as parent of J.C., a child with a disability*, et al.,

    Plaintiffs,

v.

Steubenville City School District, et al.,

    Defendants.

Case No. 2:22-cv-2430

Judge Michael H. Watson

Magistrate Judge Vascura

---

Steubenville City School District Board of Education,

    Plaintiff,

v.

Michelle K McGuire, *et al.*,

    Defendants.

Case No. 2:22-cv-2484

Judge Michael H. Watson

Magistrate Judge Vascura

---

Steubenville City School District Board of Education,

    Plaintiff,

v.

Ashley Cooper,

    Defendant.

Case No. 2:23-cv-1259

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

In Case Nos. 2:22-cv-1259 and 2:22-cv-2484 ("Cases 1 and 2"), the parties argue that they are, respectively, prevailing parties in an underlying administrative proceeding and, as a result, are entitled to attorney's fees and costs from the other. See Amend. Compl., ECF No. 12, Case No. 2:22-cv-2430; Compl., ECF No. 1, Case No. 2:22-cv-2484.

In Case No. 2:23-cv-1259 ("Case 3"), the Steubenville City School District Board of Education challenges the merits of that underlying administrative proceeding. Compl., ECF No. 1, Case No. 2:23-cv-1259. It would seem, then, that which party is the "prevailing party" for purposes of Cases 1 and 2 depends on the outcome of Case 3.

Accordingly, the parties in Cases 1 and 2 are **ORDERED** to show cause **WITHIN FOURTEEN DAYS** why Cases 1 and 2 should not be stayed pending the outcome of Case 3. In the alternative, if the parties in Cases 1 and 2 agree those cases should be stayed pending the resolution of Case 3, they shall file joint notices to that effect **WITHIN FOURTEEN DAYS.**

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT